## ANDREWS v. LOCKWOOD, Sheriff.

*Appeal from Marshall District Court—Tuesday, January 5, 1864*

PRACTICE: FINDING OF FACTS: MOTION FOR NEW TRIAL.

THE decision of the court was announced by —

WRIGHT, C. J.—This cause was tried by the court. The testimony is all contained in the record, but no facts were found, nor was any motion made for a new trial. Under such circumstances no question is presented for our review. *Warner, Adm.,* v. *Pace et al.,* 10 Iowa, 391; *Corner & Co.* v. *Gaston,* Id., 512; *Kelso* v. *Ely et al.,* 11 Id., 501; *Allman* v. *Gilbert et al.,* 14 Id., 539.

Affirmed.

*John H. Bradley* for the appellant—*Henderson & Boardman* for the appellee.